NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LYNN MARIE HODGSON,                 )
                                    )
          Appellant,                )
                                    )
v.                                  )        Case No. 2D17-2047
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
                                    )
_____)

Opinion filed May 9, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, BLACK, and ATKINSON, JJ., Concur.